John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**ROBERT HINES** | No. 2:15-MD-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Robert Hines

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   None

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Mississippi

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
   Mississippi

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
   Mississippi

7. District Court and Division in which venue would be proper absent direct filing:
   United States District Court for the Southern District of Mississippi

8. Defendants (Check Defendants against whom Complaint is made):
   ☒ C.R. Bard Inc.
   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   ☒ Diversity of Citizenship
   ☐ Other: _____
   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    ☐ Recovery® Vena Cava Filter
    ☒ G2® Vena Cava Filter
    ☐ G2® Express
    ☐ G2® X Vena Cava Filter
    ☐ Eclipse® Vena Cava Filter
    ☐ Meridian® Vena Cava Filter
    ☐ Denali® Vena Cava Filter

-2-

☐   Other: _____

11. Date of Implantation as to each product:

9/16/2009 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒   Count I:     Strict Products Liability – Manufacturing Defect

☒   Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☒   Count III:   Strict Products Liability – Design Defect

☒   Count IV:    Negligence - Design

☒   Count V:     Negligence - Manufacture

☒   Count VI:    Negligence – Failure to Recall/Retrofit

☒   Count VII:   Negligence – Failure to Warn

☒   Count VIII:  Negligent Misrepresentation

☒   Count IX:    Negligence *Per Se*

☒   Count X:     Breach of Express Warranty

☒   Count XI:    Breach of Implied Warranty

☒   Count XII:   Fraudulent Misrepresentation

☒   Count XIII:  Fraudulent Concealment

☒   Count XIV:   Violations of Applicable MS Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:    Loss of Consortium

☐   Count XVI:   Wrongful Death

☐   Count XVII:  Survival

☒   Punitive Damages

☒   Other(s):    All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact. (please

-3-

state the facts supporting this Count in the space immediately below)

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 25th day of March, 2019.

By: */s/ John A. Dalimonte*
John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 203-2035
john@drlawllp.com

I hereby certify that on this 25th day of March, 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ John A. Dalimonte*

-4-